UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 1:22-cv-20617-XXXX

GOVERNMENT EMPLOYEES INSURANCE CO.,
GEICO INDEMNITY CO., GEICO GENERAL
INSURANCE COMPANY and GEICO CASUALTY CO.,

    Plaintiffs,

vs.

JOSE ANTONIO MARQUEZ, M.D., EAST COAST MEDICAL REHAB, INC., JOHANNA A. FERRER, AMALIA MONTANA, L.M.T., RAY MEDICAL CENTER, INC., JOSE D. SAA, LUIS E. GRAU, M.D., MIRTHA FERNANDEZ FLEITES, L.M.T., and LIUBA ARBOLAEZ, L.M.T.,

    Defendants.

_____/

**DEFENDANT, LUIS E. GRAU, M.D.'S ANSWER AND
AFFIRMATIVE DEFENSES TO PLAINTIFFS' COMPLAINT**

Defendant, LUIS E. GRAU, M.D. ("Defendant"), by and through his undersigned attorney, hereby files his Answer and Affirmative Defenses to Plaintiffs, Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.'s (collectively "GEICO" or "Plaintiffs") Complaint and alleges as follows:

**ANSWER**

Defendant, GRAU, denies GEICO's allegations asserted in the prefatory paragraph of its Complaint. Moreover, such fanciful, unsupportable and conclusory statements fall outside the realm of acceptable pleading practices.

1.    Defendant, GRAU admit that various small-print charts are attached to GEICO's pleadings but denies the remaining allegations in paragraph 1.

2. Defendant, GRAU are without sufficient information to either admit or denies these allegations and therefore, denies the allegations in paragraph 2.

3. Defendant, GRAU denies the allegations in paragraph 3.

4. Defendant, GRAU denies the allegations in paragraph 4; including all subparts.

5. Defendant, GRAU denies the allegations in paragraph 5.

6. Defendant, GRAU denies the allegations in paragraph 6.

7. Defendant, GRAU denies the allegations in paragraph 7.

8. Defendant, GRAU denies the allegations in paragraph 8.

9. Defendant, GRAU denies the allegations in Paragraph 9.

10. Defendant, GRAU denies the allegations in paragraph 10.

11. Defendant, GRAU denies the allegations in paragraph 11.

12. Defendant, GRAU denies the allegations in paragraph 12.

13. Defendant, GRAU denies the allegations in paragraph 13.

14. Defendant, GRAU denies the allegations in paragraph 14.

15. Defendant, GRAU denies the allegations in paragraph 15.

16. Defendant, GRAU denies the allegations in paragraph 16.

17. Defendant, GRAU denies the allegations in paragraph 17.

18. Defendant, GRAU denies the allegations in paragraph 18.

19. Defendant, GRAU denies the allegations in paragraph 19.

20. Defendant, GRAU denies the allegations in paragraph 20.

21. Defendant, GRAU denies the allegations in paragraph 21.

22. Defendant, GRAU denies the allegations in paragraph 22.

23. Defendant, GRAU denies the allegations in paragraph 23.

24. Defendant, GRAU denies the allegations in paragraph 24.

25. Defendant, GRAU denies the allegations in paragraph 25.

26. Defendant, GRAU denies the allegations in paragraph 26.

27. Defendant, GRAU denies the allegations in paragraph 27.

28. Defendant, GRAU denies the allegations in paragraph 28.

29. Defendant, GRAU denies the allegations in paragraph 29.

30. Defendant, GRAU denies the allegations in paragraph 30; including its subparts.

31. Defendant, GRAU denies the allegations in paragraph 31.

32. Defendant, GRAU denies the allegations in paragraph 32.

33. Defendant, GRAU denies the allegations in paragraph 33.

34. Defendant, GRAU denies the allegations in paragraph 34.

35. Defendant, GRAU denies the allegations in paragraph 35.

36. Defendant, GRAU denies the allegations in paragraph 36.

37. Defendant, GRAU denies the allegations in paragraph 37.

38. Defendant, GRAU denies the allegations in paragraph 38.

39. Defendant, GRAU denies the allegations in paragraph 39.

40. Defendant, GRAU denies the allegations in paragraph 40.

41. Defendant, GRAU denies the allegations in paragraph 41.

42. Defendant, GRAU denies the allegations in paragraph 42.

43. Defendant, GRAU denies the allegations in paragraph 43.

44. Defendant, GRAU denies the allegations in paragraph 44.

45. Defendant, GRAU denies the allegations in paragraph 45.

46. Defendant, GRAU denies the allegations in paragraph 46.

47. Defendant, GRAU denies the allegations in paragraph 47.

48. Defendant, GRAU denies the allegations in paragraph 48.

49. Defendant, GRAU denies the allegations in paragraph 49; including its subparts.

50. Defendant, GRAU denies the allegations in paragraph 50; including its subparts.

51. Defendant, GRAU denies the allegations in paragraph 51.

52. Defendant, GRAU denies the allegations in paragraph 52.

53. Defendant, GRAU denies the allegations in paragraph 53.

54. Defendant, GRAU denies the allegations in paragraph 54.

55. Defendant, GRAU denies the allegations in paragraph 55.

56. Defendant, GRAU denies the allegations in paragraph 56.

57. Defendant, GRAU denies the allegations in paragraph 57.

58. Defendant, GRAU denies the allegations in paragraph 58.

59. Defendant, GRAU denies the allegations in paragraph 59; including its subparts.

60. Defendant, GRAU denies the allegations in paragraph 60.

61. Defendant, GRAU denies the allegations in paragraph 61; including its subparts.

62. Defendant, GRAU denies the allegations in paragraph 62.

63. Defendant, GRAU denies the allegations in Paragraph 63.

64. Defendant, GRAU denies the allegations in paragraph 64; including its subparts.

65. Defendant, GRAU denies the allegations in paragraph 65.

66. Defendant, GRAU denies the allegations in paragraph 66.

67. Defendant, GRAU denies the allegations in paragraph 67.

68. Defendant, GRAU denies the allegations in paragraph 68.

69. Defendant, GRAU denies the allegations in Paragraph 69.

70. Defendant, GRAU denies the allegations in paragraph 70.

71. Defendant, GRAU denies the allegations in paragraph 71.

72. Defendant, GRAU denies the allegations in paragraph 72.

73. Defendant, GRAU denies the allegations in paragraph 73; including its subparts.

74. Defendant, GRAU denies the allegations in paragraph 74; including its subparts.

75. Defendant, GRAU denies the allegations in Paragraph 75.

76. Defendant, GRAU denies the allegations in paragraph 76.

77. Defendant, GRAU denies the allegations in paragraph 77.

78. Defendant, GRAU denies the allegations in paragraph 78.

79. Defendant, GRAU denies the allegations in paragraph 79.

80. Defendant, GRAU denies the allegations in paragraph 80.

81. Defendant, GRAU denies the allegations in Paragraph 81.

82. Defendant, GRAU denies the allegations in paragraph 82.

83. Defendant, GRAU denies the allegations in paragraph 83.

84. Defendant, GRAU denies the allegations in paragraph 84.

85. Defendant, GRAU denies the allegations in paragraph 85; including its subparts.

86. Defendant, GRAU denies the allegations in paragraph 86; including its subparts.

87. Defendant, GRAU denies the allegations in Paragraph 87; including its subparts.

88. Defendant, GRAU denies the allegations in paragraph 88.

89. Defendant, GRAU denies the allegations in paragraph 89.

90. Defendant, GRAU denies the allegations in paragraph 90.

91. Defendant, GRAU denies the allegations in paragraph 91.

92. Defendant, GRAU denies the allegations in paragraph 92.

93. Defendant, GRAU denies the allegations in Paragraph 93.

94. Defendant, GRAU denies the allegations in paragraph 94

95. Defendant, GRAU denies the allegations in paragraph 95.

96. Defendant, GRAU denies the allegations in paragraph 96.

97. Defendant, GRAU denies the allegations in paragraph 97.

98. Defendant, GRAU denies the allegations in paragraph 98.

99. Defendant, GRAU denies the allegations in Paragraph 99.

100. Defendant, GRAU denies the allegations in paragraph 100.

101. Defendant, GRAU denies the allegations in paragraph 101.

102. Defendant, GRAU denies the allegations in paragraph 102.

103. Defendant, GRAU denies the allegations in paragraph 103; including its subparts.

104. Defendant, GRAU denies the allegations in paragraph 104.

105. Defendant, GRAU denies the allegations in Paragraph 105.

106. Defendant, GRAU denies the allegations in Paragraph 106.

107. Defendant, GRAU denies the allegations in paragraphs 107 through 115 of the **First Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

108. Defendant, GRAU denies the allegations in paragraphs 116 through 123 of the **Second Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

109. Defendant, GRAU denies the allegations in paragraphs 124 through 131 of the **Third Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

110. Defendant, GRAU denies the allegations in paragraphs 132 through 140 of the **Fourth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

111. Defendant, GRAU denies the allegations in paragraphs 141 through 147 of the **Fifth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

112. Defendant, GRAU denies the allegations in paragraphs 148 through 154 of the **Sixth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

113. Defendant, GRAU denies the allegations in paragraphs 155 through 160 of the **Seventh Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

114. Defendant, GRAU denies the allegations in paragraphs 161 through 168 of the **Eighth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

115. Defendant, GRAU denies the allegations in paragraphs 169 through 176 of the **Nineth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

116. Defendant, GRAU denies the allegations in paragraphs 177 through 185 of the **Tenth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

117. Defendant, GRAU denies the allegations in paragraphs 186 through 192 of the **Eleventh Cause of Action** to the extent the allegations contained therein either directly or

indirectly relate to him.

118. Defendant, GRAU denies the allegations in paragraphs 193 through 199 of the **Twelfth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

119. Defendant, GRAU denies the allegations in paragraphs 200 through 206 of the **Thirteenth Cause of Action** to the extent the allegations contained therein either directly or indirectly relate to him.

120. Defendant, GRAU denies each and every other allegation asserted by the Plaintiffs which have not otherwise been admitted or denied above.

## AFFIRMATIVE DEFENSES

121. Defendant, GRAU asserts the following affirmative defenses and reserve the right to assert additional affirmative defenses to the extent that such defenses become known as a result of discovery or otherwise.

122. As to all claims as applied to this Defendant, under Fed. R. Civ. Pro. 12(b)(6), the Plaintiffs have failed to state a claim upon which relief can be granted.

123. Defendant Grau was not employed by or on staff at any of the named medical clinic defendant(s) and did not submit any of the claims to GEICO which form the subject matter of this action. Rather, he was requested to perform medical examinations for GEICO insureds who sought treatment at the medical clinic defendant(s) only on those occasions when the medical clinic defendant(s) could not accommodate the subject insureds need for an examination based on the unavailability of appointments. When Defendant Grau agreed to conduct the patient exams he was paid on a per patient flat fee basis directly by the subject medical clinic defendant(s). To that end he submitted his medical report to the appliable medical clinic and not to GEICO.  Thus, he was not involved in the claims submission process, has no knowledge thereof, and was not paid for his

services by GEICO.

124. When Defendant Grau performed his medical exams of the patients referred to him by the applicable medical clinic defendant(s), he did so in good faith and strictly in accordance with his extensive training and experience and the standard and customary procedures established in the medical community.

125. Plaintiffs' claims are barred, in whole or in part, by the statute of limitations.

126. Plaintiffs' claims are barred, in whole or in part, by the doctrine of estoppel.

127. Plaintiffs knew and approved of the particulars of Defendant, GRAU's claims for payment.

128. The conduct of Plaintiffs negates the materiality of any alleged misrepresentations by the Defendant, GRAU and thus, Plaintiffs cannot recover.

129. Plaintiffs ratified or otherwise consented to the claims that are the subject of this action by paying them. As such, Plaintiffs waived their ability to challenge the bills paid and any similar bills.

130. Plaintiffs' claims are barred, in whole or in part, by the doctrines of course of performance, course of dealing, and usage of trade.

131. Plaintiffs' claims are barred by the doctrines of laches and failure to mitigate by GEICO's continued payment of Defendant, GRAU' bills.

132. Plaintiffs' claims are barred by the doctrine of unclean hands.

133. Plaintiffs' claims are barred, in whole or in part, because any recovery would result in unjust enrichment. The services reimbursed by GEICO under Florida PIP laws and regulations are worth what GEICO paid to Defendant, GRAU.

134. Plaintiffs' claims and alleged damages are barred by the voluntary payment

doctrine.

135. Damages and claims for which Plaintiffs seek relief in the Complaint, if any, were caused by the acts, errors or omissions or other fault of third parties and/or contributed to and/or other fault of third parties, for whose conduct Defendant GRAU are not responsible.

136. Plaintiffs are barred from relief because they have failed to allege sufficient facts to justify piercing the corporate vail.

137. Plaintiffs are barred from relief alleged in the Complaint because they have failed to allege sufficient facts to support their intra-corporate theories of liability against the individual owner, employees, or independent contractors of Accident Rehab.

138. The Plaintiffs have not alleged sufficient facts to establish they have standing to bring a RICO claim.

139. The Plaintiffs have not alleged sufficient facts to establish the required pattern and connectivity element of a RICO claim.

140. The facts alleged by the Plaintiffs do not satisfy "racketeering activity" predicate as defined in 18 U.S. Code §1961(1) to support a RICO claim

141. Defendant, GRAU has never had either a direct or indirect connection with named medical clinic or the individually named defendants to be held accountable for their acts and omissions. At all times material, Defendant Grau provided services as an independent contractor on an as-need basis.

142. Defendant, GRAU remains fully compliant with the standards in the industry and has never been involved in the operation or management of what can remotely be shown to be a "Rico enterprise." To that end, the Plaintiff's allegations that, as a defendant in this action, Defendant, GRAU was both a person and the enterprise under 18 U.S. Code §1962(c) are legally

insufficient for it to establish that he was part of the "Rico Enterprise."

143. The Plaintiffs claim for duplicative damages on all causes of action are barred based on the independent tort doctrine and the Economic Loss Rule.

144. The Plaintiffs have failed to perform a material condition precedent to bring of its claims as required by §627.736((4)(b), Florida Statutes.

145. The Plaintiffs have waived their right to challenge the subject medical services claims because, as insurers, they were required to but have failed to comply with §627.736((4)(b) and (i), Florida Statutes (2020).

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(b), the Defendant, GRAU demand a trial by jury for all claims and issues so triable.

## DEMAND FOR ATTORNEY'S FEES

The Defendant, GRAU have retained the undersigned attorney to represent them in this matter, and is obligated to pay him a reasonable fee for his services

**WHEREFORE**, the Defendant, GRAU request that a Judgment be entered in his favor and against the Plaintiffs, that the Plaintiffs be ordered to go hence without day, that these defendants be awarded all litigation costs including, if allowable, attorney's fees, such supplemental relief as allowable under the declaratory relief claims, and for such other and further relief as this Court deems just and proper.

/s/ *Ronald E. D'Anna*
Ronald E. D'Anna
Florida Bar No.: 357405
D'ANNA LEGAL, PLLC
2000 Glades Road, Suite 300
Boca Raton, Florida  33431
Telephone:  (561) 866-6122 / (561)962-6563
rdanna@dannalegal.com; lheron@dannalegal.com

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record. We also certify that the foregoing document is also being served in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing via the CM/ECF system, this 29th day of April, 2022.

/s/ *Ronald E. D'Anna*
Ronald E. D'Anna

H:\GRAU -Geico\Answer to Complaint - Grau 04-29-22.lch.docx